# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K., a minor, by and through her Guardian ad Litem, MELINDA KELLEY, STEPHEN KELLEY, MELINDA KELLEY,<br><br>Plaintiffs,<br><br>v.<br><br>REDONDO BEACH UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No.  2:20-CV-01397-CBM-KSx<br><br>**JUDGMENT [JS-6]**<br><br>Dept:  8B<br>Judge:  Hon. Consuelo B. Marshall<br><br>Complaint Filed:  February 12, 2020<br>Trial Date:  None |

A Motion for Summary Judgment Hearing was held on December 8, 2020. On April 14, 2021, the Court issued Findings of Facts and Conclusions of Law affirming the November 15, 2019 Decision of the Administrative Law Judge.

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this action as follows:

1. Defendant Redondo Beach Unified School District shall have judgment against Plaintiffs E.K., a minor, by and through her Guardian ad Litem, MELINDA KELLEY, STEPHEN KELLEY, MELINDA KELLEY;

2. Plaintiffs E.K., a minor, by and through her Guardian ad Litem, MELINDA KELLEY, STEPHEN KELLEY, MELINDA KELLEY shall recover

nothing from Defendant Redondo Beach Unified School District; and

3. Plaintiffs E.K., a minor, by and through her Guardian ad Litem, MELINDA KELLEY, STEPHEN KELLEY, MELINDA KELLEY and Defendant Redondo Beach Unified School District shall each bear their own costs.

The Clerk is ordered to enter this Judgment.

Dated: APRIL 22, 2021

_____
Honorable Judge Consuelo B. Marshall
United States District Judge,
Central District of California

# **CERTIFICATE OF SERVICE**

Case Name: E.K., et al. v. Redondo Beach USD

No.:   2:20-CV-01397-CBM-KS

     On April 19, 2021, I filed the following document(s) described as **JUDGMENT** electronically through the CM/ECF system. All parties on the Notice of Electronic Filing to receive electronic notice have been served through the CM/ECF system.

     The party(ies) listed below are currently on the list to receive e-mail notices for this case.

| | |
|---|---|
| Rosa K. Hirji<br>Diana Maltz<br>Law Offices of Hirji & Chau, LLP<br>5173 Overland Avenue<br>Culver City, CA 90230<br>(310) 391-0330<br>(310) 943-0311<br>rosa@rkhlawoffice.com<br>diana@rkhlawoffice.com | Attorneys for Plaintiffs |

☐ **BY EMAIL:** I have caused the above-mentioned document(s) to be electronically served on the above-mentioned person(s), who are currently on the list to receive e-mail notices for this case.

     Executed on April 19, 2021, at Cerritos, California.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                              /s/ Marlon C. Wadlington
                                  Marlon C. Wadlington